UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br> KEITH W. PORTER <br><br> Debtors. | Case No. 18-27755 <br> Chapter 13 <br> Judge Pamela S. Hollis <br><br> Confirmation hearing: <br> 12/07/2018 11:30 a.m. |

## EDGEWATER COMMUNITY ASSOCIATION INC.'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED OCTOBER 2, 2018

Now comes a certain Creditor, EDGEWATER COMMUNITY ASSOCIATION, INC., by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed October 2, 2018 states as follows:

1. EDGEWATER COMMUNITY ASSOCIATION, INC. is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On October 18, 2018, EDGEWATER COMMUNITY ASSOCIATION, INC. filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 902 Northside Drive, Shorewood, Illinois 60404. (Exhibit "A").

3. That pursuant to EDGEWATER COMMUNITY ASSOCIATION, INC.'s governing documents, which have been recorded with the Recorder of Deeds of Will County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of EDGEWATER COMMUNITY ASSOCIATION, INC.

4. At the time Debtor filed the chapter 13 petition on October 2, 2018, Debtor owed the amount of $2,246.05 for past due assessments, late fees and attorney fees to EDGEWATER COMMUNITY ASSOCIATION, INC. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for EDGEWATER COMMUNITY ASSOCIATION, INC. secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of EDGEWATER COMMUNITY ASSOCIATION, INC.'s lien rights in Debtor's real estate and the proof of claim filed on October 18, 2018, EDGEWATER COMMUNITY ASSOCIATION, INC., should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $2,246.05.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to EDGEWATER COMMUNITY ASSOCIATION, INC., confirmation of Debtor's October 2, 2018 plan should be denied.

WHEREFORE, EDGEWATER COMMUNITY ASSOCIATION, INC. prays this court for entry of the attached order denying confirmation of the Debtor's plan filed October 2, 2018, and for any such other and further relief as this court deems just and equitable within the premises.

EDGEWATER COMMUNITY ASSOCIATION, INC.

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

2