## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 18-27755 |
| KEITH W. PORTER | Chapter 13 |
| | Judge Pamela S. Hollis |
| Debtors. | Confirmation hearing: |
| | 12/07/2018 11:30 a.m. |

### NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 29th day of November 2018, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, EDGEWATER COMMUNITY ASSOCIATION, INC.'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED OCTOBER 2, 2018, a copy of which is attached hereto and served upon you herewith.

_____
Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 29th day of November, 2018.

_____
Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 29th day of November, 2018.

_____
Notary Public

OFFICIAL SEAL
MICHELLE SCALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/17/20

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

## Service List

Keith W. Porter
902 Northside Drive
Shorewood, Illinois 60404

Sara J Gray
Sara J. Gray, P.C.
1106 W. Jefferson Street
Joliet, Illinois 60435
(By electronic notice through ECF)

Glenn B Stearns
801 Warrenville Road, Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn Street, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)