IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KEITH W. PORTER | ) |
| | ) No. 18-27755 |
| | ) Chapter 13 (Joliet) |
| Debtor | ) Honorable Pamela S. Hollis |
| | ) |

## NOTICE OF WITHDRAWAL OF CLAIM

Edgewater Community Association, Inc. by and through counsel, hereby withdraws Proof of Claim No. 1-1 filed on October 18, 2018. The property located at 902 Northside Drive, Shorewood, Illinois sold and the claim was satisfied.

EDGEWATER COMMUNITY
ASSOCIATION, INC.

By: _____
One of its attorneys

ARDC: 6308111
Benjamin J. Rooney
KEAY & COSTELLO, P.C.
128 South County Farm Road
Wheaton, IL 60187
(630) 690-6446

1